IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN FORD BRIGGS, | : | No. 3:11-CV-2156 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections, et al., | : | THIS IS A CAPITAL CASE |
| Respondents | : | |

## ORDER

AND NOW, THIS 24th DAY OF **SEPTEMBER, 2015**, upon consideration of Petitioner's unopposed motion to dismiss without prejudice (Doc. 40), **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion to dismiss (Doc. 40) is **GRANTED**.

2. The stay of execution entered in this case (Doc. 11) is **VACATED**.

3. The Clerk of Court shall **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge